1

2

3

4

5

6                                    **UNITED STATES DISTRICT COURT**

7                                         **DISTRICT OF NEVADA**

8    NATIONAL DEFAULT SERVICING                    2:03-CV-841 JCM (PAL)
     CORPORATION,
9
                    Plaintiff(s),
10
11   v.

12   FERRILL J. VOLPICELLI, et al.,

13                  Defendant(s).

14

15                                              **ORDER**

16          Presently before the court is petitioner, appearing *pro se*, Ferrill Volpicelli's motion for

17   production of transcripts at plaintiffs' expense.  (Doc. # 44).  No response has been filed.

18          Petitioner's motion fails for numerous reasons.[1]  The court need not address all of them.  To

19   begin, the motion is on a pre-printed form and every time the form says "government expense,"

20   Petitioner has crossed out the word "government." (*See id.*).  Petitioner has replaced "government"

21   and written in the word "plaintiffs'". (*See id.*).[2]  The effect is to take a document intended to seek

22   documents at the government's expense and to use that document to obtain documents at a private

23   party's expense.

24

25   _____

26          [1] The court acknowledges the motion is *pro se* and gives the petitioner every benefit of the
     doubt.
27
            [2] The crossing out and substitution include the title on the motion.
28

**James C. Mahan**
**U.S. District Judge**

1    Petitioner does not state which specific documents he requests to be produced, other than

2    simply stating all documents.  (*See id.*).

3    Petitioner asserts the documents are needed for an appeal, but the docket does not indicate

4    that an appeal has been filed.  Further, the last court action in this case occurred in December 2004,

5    so any attempted appeal is likely untimely.

6    Petitioner has not demonstrated that the motion or appeal would be non frivolous, nor

7    demonstrated what issues the transcripts would help him present at appeal.  Petitioner has cited no

8    case law supporting and provided no legal argument.

9    Accordingly,

10   IT IS HEREBY ORDERED, ADJUDGED, DECREED that petitioner's motion for

11   production of transcripts (doc. # 44) be, and the same hereby, is DENIED.

12   DATED December 10, 2012.

13

14   _____
     **UNITED STATES DISTRICT JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                    - 2 -